DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. THOMAS & ST. JOHN

UNITED STATES OF AMERICA

v.

DHAVALKUMAR PATEL, and
NIKKIBEN PATEL,

Defendants.

CRIMINAL COMPLAINT

MAGISTRATE NUMBER 2015- 18

I, the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief. On or about May 24, 2015, in the District of the Virgin Islands and elsewhere, the defendants, DHAVELKUMAR PATEL and NIKKIBEN PATEL, did possess a document prescribed by statute or regulation for entry into or as evidence of authorized stay or employment in the United States, knowing it to be counterfeit, that is, two state of California driver's license.

In violation of Title 18, United States Code, Section 1546(a).

I further state that I am a Special Agent with the Homeland Security Investigations and that this complaint is based on the following:

SEE ATTACHED AFFIDAVIT, INCORPORATED HEREIN BY REFERENCE.

Continued on the attached sheet and made a part hereof: __X__ YES _____ NO

_____
Gail Fraser
Special Agent
Homeland Security Investigation

Sworn to before me and subscribed in my presence.

May ____, 2015                    at    St. Thomas, U.S. Virgin Islands

_____
Ruth Miller
United States Magistrate Judge